# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

133108

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LaCARO ROQUE,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133108
COA: 263855
Wayne CC: 04-012683-01

On order of the Court, the application for leave to appeal the January 4, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

Clerk

t0521